# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Marisol Garcia Alcantara,

Plaintiff,

v.

United States of America,

Defendant.

No. CV-22-00517-TUC-LCK

**AMENDED ORDER SETTING TRIAL SCHEDULE**

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, a Final Pretrial Conference shall be held at the courthouse on **August 10, 2026, at 1:30 p.m**. If either counsel has good cause to appear remotely, they may contact the Court to request a telephonic appearance.

Trial will begin on **Monday, August 31, 2026, at 9:30 a.m.** Typically, trial days begin at 9:30 a.m. and end no later than 5:00 p.m. There is one morning recess, lunch, and one afternoon recess. The trial will continue each consecutive weekday, except for September 4 and 7, with an expected conclusion on or before September 11, 2026.

In preparation for these deadlines, it is hereby **ORDERED**:

1. The party/attorneys who will be responsible for the trial of the case shall attend the Final Pretrial Conference.

2. The parties jointly shall prepare a Proposed Joint Pretrial Order and file it with the Court no later than **July 17, 2026**. Lodging of the Proposed Joint Pretrial Order in

accordance with the requirements of this Order shall be deemed to satisfy the disclosure requirements of Federal Rule of Civil Procedure 26(a)(3).

3. A copy of the Proposed Joint Pretrial Order also shall be submitted in Word format by email to kimmins_chambers@azd.uscourts.gov.

4. The Proposed Joint Pretrial Order shall include the information prescribed in the form attached to this Order. Information shall not be set forth in the form of a question but shall be presented in concise narrative statements.

5. The Court will not allow the parties to offer any exhibit, witness, or other evidence that was not disclosed in accordance with the provisions of this Order and the Federal Rules of Civil Procedure and listed in the Proposed Joint Pretrial Order, except to prevent manifest injustice.

6. The parties shall exchange drafts of the Proposed Joint Pretrial Order no later than **July 6, 2026**.

7. The parties shall: (a) number and mark exhibits in accordance with the instructions found in Instructions for Marking and Submitting Exhibit Lists at www.azd.uscourts.gov under Judges' Information: Orders, Forms & Procedures: Standard Forms Used by All Tucson Judges (such numbers shall correspond to exhibit numbers listed in the Proposed Joint Pretrial Order); (b) exchange marked copies of all exhibits to be used at trial no later than **July 6, 2026** (any exhibit not marked and exchanged at this meeting shall be precluded at trial); and (c) eliminate any duplicate exhibits.

8. The parties shall file and serve all motions in limine no later than **July 17, 2026**. Responses to motions in limine shall be filed on or before **July 24, 2026**. No replies will be permitted. Each motion in limine shall include proposed language for the order in limine being sought from the Court, and the proposed language shall state with precision the evidence that is subject to the proposed order and the limitation or exclusion placed on the evidence. The motions and responses must be concise and shall not exceed five (5) pages in length. Counsel shall be prepared to argue the merits of such motions at the Final Pretrial Conference.

9. By **August 17, 2026**, each party shall file a Trial Brief, not to exceed ten (10) pages, discussing the party's respective factual and legal positions. Each party shall set forth the applicable legal standards and elements of the claims and defenses, as well as the anticipated factual basis of his or her case. Within a more-full discussion of the governing legal principles, the parties are welcome to provide the language of any on-point Revised Arizona Jury Instructions.

10. In order to facilitate the creation of an accurate record, the parties shall file a "Notice to Court Reporter" **one week before trial** containing the following information that may be used at trial:

(a) Proper names, including those of witnesses.

(b) Acronyms.

(c) Geographic locations.

(d) Technical (including medical) terms, names or jargon.

(e) Case names and citations.

(f) Pronunciation of unusual or difficult words or names.

Please also send (or transmit electronically) to the court reporter a copy of the concordance from key depositions.

11. Full and complete compliance with this Order shall be required by the Court.

Dated this 20th day of January, 2026.

Honorable Lynnette C. Kimmins
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marisol Garcia Alcantara,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-22-00517-TUC-LCK<br><br>**[PROPOSED] ORDER** |

The following is the Proposed Joint Pretrial Order which shall, upon approval of the Court, become the Final Pretrial Order.

**I.      IDENTIFICATION OF PARTIES AND COUNSEL**

**II.     STATEMENT OF JURISDICTION**

Briefly state the facts and cite the statutes which give this Court jurisdiction.

**III.    NATURE OF ACTION**

Provide a concise statement of the type of case, the cause of action, and the relief sought.

**IV.    STIPULATIONS AND UNCONTESTED FACTS AND LAW**

**A.**      The following material facts are admitted by the parties and require no proof:

**B.**      The following material facts, although not admitted, will not be contested at trial by evidence to the contrary:

**C.**      The following issues of law are uncontested and stipulated to by the parties:

## V.    CONTESTED ISSUES OF FACT AND LAW

**A.**    The following are the material issues of fact to be tried and decided: (Each issue of fact must be stated separately and in specific terms. Each party's contention must be set forth with respect to each and every issue of fact).

**B.**    The following are the issues of law to be determined: (Each issue of law must  be stated separately in specific terms. Each party's contention must be set forth with respect to each and every issue of law).

## VI.    LIST OF WITNESSES

Each party shall separately list the names of witnesses, their addresses, whether they are fact or expert witnesses, and a brief description of their testimony. The witnesses shall be grouped as follows: (a) witnesses who shall be called at trial; (b) witnesses who may be called at trial; and (c) witnesses who are unlikely to be called at trial but their names may come up in trial. Additionally, the parties shall include the following text in this section of the Proposed Joint Pretrial Order: "Each party understands that it is responsible for ensuring that the witnesses it wishes to call to testify are subpoenaed. Each party further understands that any witness a party wishes to call shall be listed on that party's list of witnesses; the party cannot rely on the witness having been listed or subpoenaed by another party."

## VII.    LIST OF EXHIBITS

**A.**    The following exhibits are admissible in evidence and may be marked in evidence by the Clerk:

**1.**    Plaintiff's Exhibits:

**2.**    Defendant's Exhibits:

**B.**    As to the following exhibits, the parties have reached the following stipulations:

**1.**    Plaintiff's Exhibits:

**2.**    Defendant's Exhibits:

**C.**     As to the following exhibits, the party against whom the exhibit is to be offered objects to the admission of the exhibit and offers the objection stated below:

    **1.**     Plaintiff's Exhibits:

    **2.**     Defendant's Exhibits:

**D.**     The parties shall include the following text in this section of the Proposed Joint Pretrial Order: "Each party hereby acknowledges by signing this joint Proposed Joint Pretrial Order that any objections not specifically raised herein are waived."

## VIII.  DEPOSITIONS TO BE OFFERED

The parties shall list the depositions that may be used at trial. The portions to be read or submitted at trial shall be identified by page and line number. Additionally, the party offering the deposition shall provide the Court with a copy of the offered deposition testimony. The offering party shall highlight, in color, the portions of the deposition to be offered. If multiple parties are offering the same deposition, only one copy of such deposition shall be provided. Such copy shall contain each party's highlighting (each party should use a different color).

Any party objecting to the admission in evidence of any portion of a deposition shall identify by page and line number the portion to which objection is made and shall state the grounds of objection specifically.

Additional parts of a deposition which a party requests under Fed. R. Civ. P. 32(a)(4) to be considered with the part introduced by an opposing party shall be identified by page and number line and shall be highlighted in the requesting party's color.

The parties shall include the following text in this section of the Proposed Joint Pretrial Order: "Each party hereby acknowledges by signing this joint Proposed Joint Pretrial Order that any deposition not listed as provided herein will not be allowed, absent good cause."

- 3 -

**IX.    PROCEDURES FOR EXPEDITING TRIAL**

The parties shall discuss and report on all available procedures that might be used to expedite trial, including but not limited to: (a) presenting stipulated summaries of deposition testimony rather than reading deposition excerpts; (b) editing videotaped depositions to limit the amount of time required for presentation; (c) using summary exhibits in place of voluminous documentary evidence; (d) stipulations on authenticity and foundation; (e) presenting direct expert testimony through summary or written reports; and (f) using the courtroom technology to expedite the presentation of evidence. The parties are invited to contact Jennifer McCarthy (Jennifer_McCarthy@azd.uscourts.gov), Judge Kimmins's Courtroom Clerk, to arrange a time to visit the courtroom and examine its technology. Information about courtroom technology also can be found at www.azd.uscourts.gov under Judge's Information: Orders, Forms & Procedures: Courtroom Technology: Courtroom Technology Equipment Information – Phoenix & Tucson Magistrate Judge Courtrooms.

**X.    ESTIMATED LENGTH OF TRIAL**

_____ Hours for opening statements and closing arguments

_____ Hours for Plaintiff(s) case, including cross-examination of other parties' witnesses

_____ Hours for Defendant(s) case, including cross-examination of other parties' witnesses

_____ Hours for Plaintiff(s) rebuttal

_____ TOTAL ESTIMATED TIME

**XI.    CERTIFICATIONS**

The parties shall include the following text in this section of the Proposed Joint Pretrial Order: "The undersigned party or counsel for a party do hereby certify and acknowledge the following:

**A.**    All discovery has been completed.

**B.**    The identity of each witness has been disclosed to opposing counsel.

- 4 -

**C.**    Each exhibit listed herein: (1) is in existence; and (2) has been disclosed and shown to opposing counsel.

**D.**    The parties have complied in all respects with the mandates of the Court's Rule 16 Scheduling Order and Order Setting Final Pretrial Conference.

**E.**    The parties have made all of the disclosures required by the Federal Rules of Civil Procedure (unless otherwise previously ordered to the contrary).

**F.**    The parties acknowledge that once this Proposed Joint Pretrial Order has been signed and lodged by the parties, no amendments to this Order can be made without leave of Court."

_____          _____

Attorney for Plaintiff                          Attorney for Defendant

Based on the foregoing,

**IT IS ORDERED** that this Proposed Joint Pretrial Order jointly submitted by the parties is hereby **APPROVED** and **ADOPTED** as the official Final Pretrial Order of this Court.