# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marisol Garcia Alcantara, | No. CV-22-00517-TUC-LCK |
| Plaintiff, | **SECOND AMENDED ORDER SETTING TRIAL SCHEDULE** |
| v. | |
| United States of America, | |
| Defendant. | |

Currently pending before the Court is the Parties' Stipulation to Amend Trial Scheduling Order (Doc. 84). Having reviewed the same, IT IS HEREBY ORDERED that the Parties' stipulation (Doc. 84) is GRANTED.

IT IS FURTHER ORDERED that the Amended Trial Scheduling Order (Doc. 83) is amended as follows:

1) The deadline to file the **Proposed Joint Pretrial Order** and any **motions *in limine***, currently set for July 17, 2026, is continued to **on or before July 24, 2026**.

2) The deadline for the Parties to file **responses to motions *in limine***, currently set for July 24, 2026, is continued to **on or before July 31, 2026**.

IT IS FURTHER ORDERED that all other dates and instructions contained in the Amended Trial Scheduling Order (Doc. 83) remaining in full force and effect.

Dated this 14th day of July, 2026.

Honorable Lynnette C. Kimmins
United States Magistrate Judge