Eugene G. Iredale: SBN 75292
email: egiredale@iredalelaw.com
Chelsea Reherman: SBN 343446
email: creherman@iredalelaw.com
**IREDALE & YOO, APC**
105 West F Street, Fourth Floor
San Diego, CA 92101-6036
(619) 233-1525
(619) 233-3221 Fax


Attorneys for Plaintiff
Marisol Garcia Alcantara

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARISOL GARCIA ALCANTARA<br><br>        Plaintiff,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO.  CV 22-00517-TUC-LCK<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* RE: INADMISSIBILITY OF EVIDENCE OFFERED IN A FOREIGN LANGUAGE ONLY**<br><br>**Hon. Lynette C. Kimmins** |

On July 29, 2026, Defendant filed a motion *in limine* "to prevent the admission into evidence at trial evidence that is offered in a foreign language." ECF No. 90, p. 1. Plaintiff does not oppose this motion *in limine* and will provide Defendant with certified translations of any foreign language documents at least seven (7) days prior to trial.

DATED:    August 5, 2026

IREDALE & YOO, APC

*s/ Eugene Iredale*

EUGENE G. IREDALE
Attorney for Plaintiff