**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge: Lynnette C. Kimmins** | **Date:** August 10, 2026 |
| **Alcantara v. United States of America** | **Case Number: CV-22-517-TUC-LCK** |

**Plaintiff's Attorney:  Chelsea E. Reherman**
**Defendant's Attorneys: Gabriel A. Peraza and Neil Singh**

**TELEPHONIC STATUS CONFERECE HELD:**

The Court held a status conference to discuss the upcoming bench trial.

The bench trial currently set for August 31, 2026, at 9:30 a.m. is VACATED. The Court currently is available to begin the trial on November 16, 2026 (for a maximum of 7 days), or January 5, 11, 19, or 25 (for a maximum of 8 days). Counsel shall confer and notify chambers, on or before August 24, 2026, of any of those dates that do NOT work.

A pretrial conference will be held on October 19, 20, or 26. Counsel shall confer and notify chambers, on or before August 24, 2026, of any of those dates that do NOT work.

For any medical records created in Spanish that Plaintiff may seek to admit at trial, she shall disclose English translations to the government by August 24, 2026. If she cannot meet that deadline, she must notify chambers. Plaintiff also must update her exhibit list in the PPTO to identify the English translation as Exhibit 69.1.

The Court discussed a sealed motion, which will be addressed in a separate order.

The Court directed the government to file a supplement to its Motion in Limine re: Admissibility of Statements by Witness Leocadio Lizarraga-Cazares Pursuant to Fed. R. Evid. 804(b)(3)(A) by August 24, 2026. (Doc. 92.) In the supplement, the government shall identify by page and line number the statements of the witness that it seeks to admit at trial.

Plaintiff has labeled as a trial exhibit an audio recording of an interview of witness Armenta, which was conducted in Spanish (Exhibit 55). If Plaintiff seeks to admit any portion of this interview (or other interviews conducted in Spanish), she must do so through an English transcript of the interview. Plaintiff shall update her exhibit list in the PPTO to identify as an exhibit any English translations of witness interviews. Also, on or before September 30, 2026, Plaintiff must file a Notice with the Court of the portions of Armenta's interview it seeks to admit.

The Court directed Plaintiff to submit a copy of her administrative claim to the Court by August 24, 2026.

**Alcantara v. United States of America**                     **Date:** August 10, 2026

**Case Number: CV-22-517-TUC-LCK**                                    Page 2 of 2

The Court notified counsel that if an interpreter is required for any trial witnesses, it is their responsibility to provide a court certified interpreter. If Plaintiff requires interpretation throughout trial, she must provide an interpreter for herself.

**Recorded By:** Courtsmart                                    **SC: 38 mins**
**Deputy Clerk:** Joseph Wood

                                                              **Start: 1:32 PM**
                                                              **Stop: 2:10 PM**